UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:07-CR-47-BO
NO. 7:11-CV-56-BO

FILED
JAN 2 0 2012

| | | |
|---|---|---|
| SHANNON ANDRE PETERS | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

This matter is before the Court on its order entered on the docket October 20, 2011 [DE 65], granting Petitioner's Motion pursuant to 28 U.S.C. § 2255 and vacating Petitioner's conviction and sentence. Judgment was entered in Petitioner's favor on October 20, 2011 [DE 66].

The government is hereby directed to file a brief within fifteen (15) days of the date of entry of this order addressing whether the writ of habeas corpus previously filed in this matter is a final order, to admit or deny whether the time for appeal has expired, and to address what charge or process Petitioner is currently facing in this Court. Petitioner shall have fifteen (15) days to respond to the government's brief.

SO ORDERED, this _19_ day of January, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE